IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-CR-343-WM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JOSE FELIX-VILLEGAS,**

    **Defendant.**

_____

**ORDER CORRECTING PLEA AGREEMENT PURSUANT
TO RULE 36 [DOC # 43]**

_____

THE COURT has reviewed the defense's JOINT MOTION TO CORRECT RECORD PURSUANT TO RULE 36, asking the court to substitute Court's Exhibit 1 [DOC # 43], for defense tendered Substituted Exhibit 1 [DOC # 48].

The parties have agreed that Court Exhibit 1 was tendered in error and Substituted Exhibit 1 is the correct form of the plea agreement translated into Spanish as exhibit 1-A.

Being now sufficiently informed in the premises, the Court hereby orders that Court Exhibit 1 [DOC#43] shall be substituted by Substituted Exhibit 1 [DOC # 48].

DATED at Denver, Colorado, on March 8, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL